# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT ETHAN MILLER, JR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>J.S. WALTON, *et al.*, )<br>)<br>Defendants. ) | Case No. 15-cv-00533-JPG-DGW |

## AMENDED JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision, IT IS HEREBY **ORDERED AND ADJUDGED** that the Claims against defendants **Burgess, Byram, Watts, Walton and Laird** for exposing plaintiff to inmates who have "hits" out on plaintiff's life in violation of his constitutional and statutory rights are dismissed without prejudice. All other claims against **J.S. Walton, Mr. Schumer, Mr. Brooks, Mr. Malcolm, Mr. Bennett, Mr. Buser, Ms. Byram, Mr. Burgess, Ms. Siereveld, Mr. Cope, Paul M. Laird, Richard Schott, and Harrell Watts** are dismissed without prejudice and IT IS FURTHER **ORDERED AND ADJUDGED** that judgment is entered in favor of defendants, **J.S. Walton, Mr. Schumer, Mr. Brooks, Mr. Malcolm, Mr. Bennett, Mr. Buser, Ms. Byram, Mr. Burgess, Ms. Siereveld, Mr. Cope, Paul M. Laird, Richard Schott, and Harrell Watts** and against plaintiff **Robert Ethan Miller, Jr.**

**DATED:** 8/9/2017

**Justine Flanagan**
**Acting Clerk of Court**

**s/*Tina Gray*, Deputy Clerk**

**Approved:** *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**